**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FRANK A. SPLENDORIO**
Deputy City Attorney, SBN 272601
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
E-mail: Frank.Splendorio@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, CITY ATTORNEY CLAUDIA QUINTANA, AND POLICE OFFICER M. KOUTNIK (ERRONEOUSLY SUED AS M. CUTNIK)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO, individually,<br><br>                   Plaintiff,<br><br>       vs.<br><br>CITY OF VALLEJO AND CITY OF VALLEJO CITY ATTORNEY CLAUDIA QUINTANA, CITY OF VALLEJO POLICE OFFICER M. CUTNICK, and ONE DOE VALLEJO POLICE OFFICER, in their individual and official capacities, Jointly and Severally, | Case No.  2:16-cv-02584-KJM-KJN PS<br><br>**DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**<br><br>DATE:       June 8, 2017<br>TIME:        10:00 a.m.<br>CRTRM:    25, 8th Floor |

Pursuant to the Federal Rules of Civil Procedure, Rule 56, and The Eastern District of California Rule 260, Defendants, as the moving party on the motion for partial summary judgment referred to in the attached notice, submit this "Statement of Undisputed Facts."

### UNDISPUTED FACTS

1. Plaintiff was standing in walkway inside a pedestrian island located west of Fairgrounds Drive on October 31, 2015.  [Joint Stipulation No. 1, ¶¶ 1, 3.]

---

Case No.  2:16-cv-02584-KJM-KJN PS               **DEFENDANTS' STATEMENT OF UNDISPUTED FACTS**

-1-

2. At all times relevant to this lawsuit, Plaintiff has either demonstrated at that location, or along the sidewalk on a side road that parallels Fairgrounds Drive. [Joint Stipulation No. 1, ¶¶ 1- 3.]

3. On May 8, 2014, Park Management Corp. ("PMC") filed a lawsuit in the Solano County Superior Court, entitled *Park Management Corp. v. In Defense of Animals, et al.,* Case No. FCS 043477 ("Underlying Action"), to enjoin several defendants from trespassing on Six Flags Discovery Kingdom Property. [Underlying Action Complaint, filed May 8, 2014.]

4. It is undisputed that Cuviello intervened as a Defendant-in-Intervention in the underlying action. [See, e.g., "Court's Order re Motion for Summary Judgment, or in the Alternative, Summary Adjudication by Plaintiff" filed March 18, 2016.]

5. On December 6, 2015, PMC filed its Motion for Summary Judgment to permanently enjoin Cuviello from protesting on Six Flags Property. [PMC's Motion for Summary Judgment and all related moving papers, exhibits and documents.]

6. The issue on that motion for the Court was whether "Defendant, Cuviello should be enjoined from conducting protests or picketing on the privately owned Six Flags Discovery Kingdom's driving and walking paths, parking lots, and entrance and admission areas." [PMC's Notice on Motion for Summary Judgment, p. 2:13-15.]

7. One of the key issues in that proceeding was whether Plaintiff had a constitutional right to protest on Six Flags' privately owned property, as a public or quasi-public forum. [PMC's MSJ P&A, p. 14:8-18:22.]

8. Plaintiff Cuviello vigorously contested that the Six Flags Discovery Kingdom is a public and quasi-public forum as it has been zoned for "public and quasi-public" use. [Cuviello's P&A in Opposition to MSJ, p. 2:6-8.]

9. Plaintiff argued that the "sole argument that demonstrations should not be allowed on site at SFDK depends entirely upon the notion that the character and nature of SFDK property" is similar to other cases holding property as a non-public forum. [Cuviello's P&A in Opposition to MSJ, p. 3:4-18.]

10.     Plaintiff argued that Six Flags was a public use facility entitled to status as a public forum.  [Cuviello's P&A in Opposition to MSJ, pp. 3:19-8:25; 10:20-11:7.]

11.     In reply, PMC made clear that Six Flags' property, includes "<u>all of the property extended to the west of Fairgrounds Drive</u>."  [PMC's Reply Memorandum in support of MSJ, p. 4:2-23.]

12.     PMC supported this claim that their property included "all of the property" "west of Fairgrounds Drive" with a document that included the legal description of the property's boundary lines.  [Page 3 of Schedule 1.1 of the Amended and Restated Purchase Option Agreement, attached as Exhibit L in Support of PMC's Reply Memorandum in Support of MSJ.]

13.     All of the property "west of Fairgrounds Drive" as proffered in PMC's MSJ in the Underlying Action, includes the location of the subject protest areas here.  [Declaration of Dale Arnold and Exhibit A attached thereto; Joint Stipulation No. 1 and Exhibits A & B attached thereto.]

14.     On March 18, 2016, the Court granted PMC's Motion for Summary Judgment. [Court's MSJ Order, filed March 18, 2016.]

15.     In granting the Motion, the core issue was whether it was a public forum under California law.  [Court's MSJ Order, filed March 18, 2016, pp. 3:24-5:18.]

16.     The Court noted that "private property owners may therefore restrict free speech on any areas of their private property in which members of the public have not been invited, through the design and features of the property, to relax and converse."  [Court's MSJ Order, filed March 18, 2016, p. 5:4-6.]

17.     After finding that "Plaintiff privately owns the park premises, including the parking lots, and the front entrance and admission areas, and that it does not include any common areas for guests to congregate for purposes of entertainment" it held that it was not a public forum.  [Court's MSJ Order, filed March 18, 2016, p. 5:7-11.]

18.     As such, the Court broadly ordered and held the following:  "Defendant, JOSEPH CUVIELLO . . . [is] permanently enjoined from *conducting protests or picketing on the privately owned premises of Plaintiff*, namely Six Flags Discovery Kingdoms *driving* and walking paths,

Case No.  2:16-cv-02584-KJM-KJN PS           DEFENDANTS' STATEMENT OF
                                                UNDISPUTED FACTS
-3-

parking lots, and entrance and admission areas, located at 1001 Fairgrounds Dr., Vallejo, California, 94589." [Court's Permanent Injunction Order, filed March 18, 2016, pp. 1:24-2:1.]

DATED:  May 9, 2017                              Respectfully submitted,


                                                                                 /s/ - *Frank A. Splendorio*
                                                                                 FRANK A. SPLENDORIO
                                                                                 Deputy City Attorney
                                                                                 Attorney for Defendants, CITY OF VALLEJO,
                                                                                 CITY ATTORNEY CLAUDIA QUINTANA, AND
                                                                                 POLICE OFFICER M. KOUTNIK
                                                                                 (ERRONEOUSLY SUED AS M. CUTNIK)