UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, | No. 2:16-cv-2584-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

On May 12, 2017, plaintiff, who proceeds without counsel, filed a stipulated request to allow plaintiff to utilize the court's electronic filing system. (ECF No. 30.) Local Rule 133 provides that "[a]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge…All pro se parties shall file and serve paper documents as required by applicable Federal Rules of Civil or Criminal Procedure or by these Rules." E.D. Cal. L.R. 133(b)(2). Here, plaintiff's stipulated request does not set forth a compelling reason why the court should deviate from the Local Rules and its standard practice of disallowing the use of electronic filing by pro se litigants.

Therefore, the stipulated request (ECF No. 30) is DENIED.

Dated: May 16, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1