UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.,<br><br>Defendant. | No. 2:16-cv-2584-KJM-KJN (PS)<br><br><br><br>ORDER |

On April 28, 2017, the magistrate judge filed findings and recommendations (ECF No. 24), which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. On May 12, 2017, plaintiff filed objections to the findings and recommendations (ECF No. 28), which have been considered by the court. In addition to his objections, plaintiff has filed an Exhibit A, a color copy of a map that Six Flags Discovery Kingdom purportedly provides on its website, and an Exhibit B, a purported copy of Six Flags' "Rules and Restrictions for Public Assembly, Expressive Activity and Protests." *See* ECF No. 40-1. The court has reviewed these documents as well, while not taking judicial notice of them.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 24) are ADOPTED.

2. Plaintiff's motion for preliminary injunction (ECF No. 18) is DENIED.

DATED: August 31, 2017.

_____
UNITED STATES DISTRICT JUDGE