UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CUVIELLO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-02584 KJM KJN<br><br>ORDER |

On October 31, 2016, plaintiff filed a complaint for injunctive relief, declaratory relief and damages against defendants City of Vallejo, City of Vallejo City Attorney Claudia Quintana, and City of Vallejo Police Officer M. Cutnick. Compl. ¶ 1, ECF No. 1. In his complaint, plaintiff alleged defendants violated his First Amendment right to free speech by unreasonably prohibiting him from using a bullhorn as part of his demonstration at Six Flags Discovery Kingdom in Vallejo. *Id.* Plaintiff brought this action under 42 U.S.C. § 1983, as well as the First and Fourteenth Amendments to the United States Constitution. *Id.* On March 17, 2017, plaintiff filed a motion for a preliminary injunction asking the court to enjoin the enforcement of Vallejo Municipal Code Chapter 8.56 Section 8.56.10, which authorized law enforcement to prohibit the use of a bullhorn. Mot. for Prelim. Inj., ECF No. 15, at 1–2. As authorized by Local Rule 72-302(c)(21), this case was referred to the assigned magistrate judge. On April 28, 2017, the magistrate judge recommended plaintiff's motion for preliminary

1

injunction be denied and this court adopted those recommendations on September 1, 2017. Findings and Recommendations, ECF No. 24; Order, ECF No. 41.

On September 25, 2017, plaintiff appealed this court's order adopting the findings and recommendations and denying plaintiff's motion for a preliminary injunction. Notice of Interlocutory Appeal, ECF No. 42. On December 10, 2019, a Ninth Circuit panel majority reversed this court's decision and remanded for further proceedings. *Cuviello v. City of Vallejo*, 944 F.3d 816 (9th Cir. 2019). The Circuit found the court abused its discretion with respect to its analysis of the four factors necessary to grant a preliminary injunction. *Cuviello*, 944 F.3d at 821. First, the Ninth Circuit found plaintiff would have a likelihood of success on the merits of his argument that the City of Vallejo's revised ordinance requiring a permit before using his bullhorn is an unconstitutional prior restraint on free speech. *Id.* at 826–31. Specifically, the Ninth Circuit found that the ordinance, even in its revised form, burdened more speech than necessary and is not narrowly tailored to a government interest. *Id.* at 828–31; *see also* Vallejo, Cal., Municipal Code § 8.56.030. Second, the panel found the threat of enforcement of the ordinance chills plaintiff's exercise of free speech and constitutes irreparable harm. *Cuviello*, 944 F.3d at 831–34. Finally, the panel found the balance of equities tip in plaintiff's favor and halting enforcement of the law is in the public interest. *Id.* at 834.

Based on the reasons set forth in the Ninth Circuit's decision, the court VACATES its order at ECF No. 41 and GRANTS plaintiff's motion for a preliminary injunction. Defendant City of Vallejo is hereby ENJOINED from enforcing Municipal Code Chapter 8.56.030's permit requirement, *see id.* at 825 & n.4 (finding gravamen of plaintiff's First Amendment complaint about state's permit requirement unaffected by recent amendments to Chapter 8.56).

Under Local Rule 72-302(c)(21), this matter is REFERRED back to the assigned magistrate judge for further pretrial proceedings

IT IS SO ORDERED.

DATED: January 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE