**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KATELYN KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street,
Vallejo, CA  94590
Tel:    (707) 648-4388
Fax:    (707) 648-4687
E-mail: Katelyn.Knight@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, et al.

**JOSEPH P. CUVIELLO**
205 De Anza Blvd. # 125
San Mateo, CA  94402
Tel:  (650) 654-9955

PLAINTIFF IN PRO SE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH P. CUVIELLO, individually,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO AND CITY OF VALLEJO CITY ATTORNEY CLAUDIA QUINTANA, CITY OF VALLEJO POLICE OFFICER M. CUTNICK, and ONE DOE VALLEJO POLICE OFFICER, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | **Case No:   2:16-cv-02584-KJM-KJN PS**<br><br>**JOINT STATUS REPORT AFTER APPEAL** |

Pursuant to the court's order dated May 3, 2018 (ECF No. 51), the parties hereby submit the following joint status report.

a. **SERVICE OF PROCESS**

Mr. Cuviello completed service of the operative Complaint on January 10, 2017.

Defendants filed their Answer on January 31, 2017.

    **b.  POSSIBLE JOINDER OF ADDITIONAL PARTIES**

    The parties do not anticipate joinder of additional parties.

    **c.  ANY EXPECTED OR DESIRED AMENDMENT OF THE PLEADINGS**

    In light of the City's amendment to the ordinance, the parties request leave of court to allow Plaintiff to amend the complaint to clarify his challenges to the new ordinance.

    **d.  JURISDICTION AND VENUE**

    The parties agree this Court has jurisdiction pursuant to 28 USC §§ 1331 and 1343(a)(3) & (a)(4) and supplemental jurisdiction over Mr. Cuviello's state-law claims pursuant to 28 USC § 1367.  Venue is proper pursuant to 28 U.S.C. § 1391(b)(2) as the alleged events occurred in Vallejo, California.

    **e.  ANTICIPATED MOTIONS AND THEIR SCHEDULING**

    1.  Anticipated motion practice would depend on the contents of any amended complaint. Based on the present complaint, Defendants would anticipate filing a motion for judgment on the pleadings as to the individually-named defendants and a dispositive motion.

    2.  Plaintiff anticipates filing a motion for summary judgment, at the end of discovery.

    **f.  THE REPORT REQUIRED BY FED. R. CIV. P. 26 OUTLINING THE PROPOSED DISCOVERY PLAN AND ITS SCHEDULING, INCLUDING DISCLOSURE OF EXPERT WITNESSES**

    The parties propose the following schedule:

| Expert Disclosures | March 30, 2021 |
| --- | --- |
| Expert Discovery Cut Off | February 28, 2021 |
| Non-Expert Discovery Cut Off | January 29, 2021 |

    Initial disclosures will be exchanged on January 31, 2020.  The parties intend to conduct discovery regarding their respective legal contentions, claims, defenses, damages, and expert discovery.  The parties do not believe any changes should be made to the limits of discovery.

Case No.  2:16-cv-02584-KJM-KJN PS          JOINT STATUS REPORT AFTER APPEAL

g. **FUTURE PROCEEDINGS, INCLUDING SETTING APPROPRIATE CUT-OFF DATES FOR DISCOVERY AND LAW AND MOTION, AND THE SCHEDULING OF A PRETRIAL CONFERENCE AND TRIAL**

The parties propose the following motion and trial schedule:

| Dispositive Motions Completed | July 30, 2021 |
|---|---|
| Pre-Trial Conference | TBD based on the Court's resolution of dispositive motions |
| Trial | TBD based on the Court's resolution of dispositive motions |

h. **SPECIAL PROCEDURES, IF ANY**

None at this time.

i. **ESTIMATED TRIAL TIME**

Defendants estimate that trial will require no more than three days. Plaintiff anticipates there will be no substantial dispute as to the facts in this case and therefore believes the case can be resolved by summary judgment, without trial.

j. **MODIFICATIONS OF STANDARD PRETRIAL PROCEDURES DUE TO THE SIMPLICITY OR COMPLEXITY OF THE PROCEEDINGS**

The parties do not believe any modification is appropriate at this time.

k. **WHETHER THE CASE IS RELATED TO ANY OTHER CASES, INCLUDING BANKRUPTCY**

None known

l. **WHETHER A SETTLEMENT CONFERENCE SHOULD BE SCHEDULED**

Not at this time.

m. **WHETHER COUNSEL WILL STIPULATE TO THE MAGISTRATE JUDGE ASSIGNED TO THIS MATTER ACTING AS A SETTLEMENT JUDGE AND WAIVING DISQUALIFICATION BY VIRTUE OF HIS SO ACTING, OR WHETHER THEY PREFER TO HAVE A SETTLEMENT CONFERENCE CONDUCTED BEFORE ANOTHER JUDGE**

Plaintiff prefers to have a settlement conference conducted before another judge.

n. **ANY OTHER MATTERS THAT MAY ADD TO THE JUST AND EXPEDITIOUS DISPOSITION OF THIS MATTER**

None.

DATED:  January 21, 2020

Respectfully submitted,

*/S/ - Katelyn Knight*
KATELYN KNIGHT
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, CLAUDIA QUINTANA, and OFFICER M. CUTNICK

DATED:  January 20, 2020

Respectfully submitted,

*/S/ -  Joseph Cuviello*
JOSEPH CUVIELLO
PRO SE

Case No.  2:16-cv-02584-KJM-KJN PS                         JOINT STATUS REPORT AFTER APPEAL