UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, | No. 2:16-cv-02584-KJM-KJN PS |
| Plaintiff, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendant. | |

Following this matter being remanded by the Ninth Circuit on appeal, it was referred to the undersigned pursuant to Local Rule 302(c)(21). (ECF No. 56.) The court also enjoined defendant City of Vallejo from enforcing Municipal Code Chapter 8.56.030's permit requirement. (ECF No. 56.) The parties have filed an amended status report, where they request leave to amend their pleadings due to the Municipal Code at issue being amended. (ECF No. 57.)

The court GRANTS the parties' request to file amended pleadings. Plaintiff is to file an amended complaint within 14 days of the date of this order and defendants shall have 14 days to respond. After defendants have filed their responses the court will schedule a further status conference with the parties.

////

////

////

1

Accordingly, it is HEREBY ORDERED that the plaintiff's request to file an amended complaint is GRANTED, plaintiff shall have 14 days from the date of this order to file an amended complaint; defendants shall have 14 days to respond.

Dated: January 27, 2020

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

IT IS SO ORDERED

/ cuvi.2584