UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　　Defendant. | No. 2:16-cv-02584-KJM-KJN<br><br><br>ORDER |

On December 10, 2019, the United States Court of Appeals for the Ninth Circuit remanded this matter to this court for further proceedings. (ECF No. 54.) Due to the plaintiff's pro se status, the undersigned continued to preside over this action pursuant to Local Rule 302(c)(21). However, on February 28, 2020, plaintiff's counsel entered an appearance in this case. (ECF No. 64.) Because no party is proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case is referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that this matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21).

IT IS SO ORDERED.

Dated: March 12, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

16cv2584.refer