UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO,<br><br>　　　Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, CLAUDIA QUINTANA, M. CUTNICK, M. KOUTNICK, and S. BOTTOMLY<br><br>　　　Defendants. | Case No. 2:16-cv-02584-KJM-KJN<br><br>**STIPULATED REQUEST FOR SETTLEMENT CONFERENCE; ORDER** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff JOSEPH P. CUVIELLO and defendants CITY OF VALLEJO and MICHAEL KOUTNICK by and through their attorneys of record, hereby stipulate as follows:

1. Counsel for the parties have engaged in settlement discussions, but to date have not been able to resolve this matter. Counsel recently met and conferred and agreed that referral to a magistrate judge for a settlement conference likely would give the parties the best opportunity to resolve this case.

2. The parties therefore request a referral to a randomly assigned magistrate judge.

3. Plaintiff's counsel does not consent to having the settlement conference with the assigned magistrate judge, Hon. Kendall Newman.

4. If the magistrate judge assigned to preside over the settlement conference is available in January, the parties could be available, the parties are available January 11, 13, 14, 20 or 22.

Dated: December 9, 2020              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                     By:  */s/ Richard W. Osman*
                                          Richard W. Osman
                                          Sheila D. Crawford
                                          Attorneys for Defendants
                                          CITY OF VALLEJO & MICHAEL KOUTNICK

Dated: December 9, 2020              LAW OFFICE OF MATTHEW STRUGAR

                                     By:  */s/ Matthew Strugar*
                                          Matthew Strugar
                                          Attorney for Plaintiff
                                          JOSEPH P. CUVIELLO

**ELECTRONIC CASE FILING ATTESTATION**

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: December 9, 2020              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                     */s/ Richard Osman*
                                     Richard W. Osman

ORDER

Pursuant to the parties' stipulation, ECF No. 81, this matter is referred to a settlement conference with Magistrate Judge Peterson on January 20, 2021 at 9:00 a.m., with a pre-settlement conference on January 14, 2021 at 2:00 p.m. Judge Peterson will hold a brief pre-settlement conference telephone discussion on 1/14/2021 at 2:00 p.m.  Only lead attorneys are to dial-in for the pre-settlement conference at number: 1-888-557-8511; passcode: 1273468. At Judge Peterson's discretion, the joint telephonic discussion may be followed by private telephonic discussions between him and each party.

This order resolves ECF No. 81.

IT IS SO ORDERED.

Dated:  December 14, 2020.

CHIEF UNITED STATES DISTRICT JUDGE