RANDY J. RISNER
Interim City Attorney, SBN 172552
BY: KATELYN M. KNIGHT
Deputy City Attorney, SBN 264573
CITY OF VALLEJO, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:    (707) 648-4545
Fax:   (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:     rosman@bfesf.com
           scrawford@bfesf.com

Attorneys for Defendants
CITY OF VALLEJO and MICHAEL KOUTNICK

Matthew Strugar, State Bar No. 232951
LAW OFFICE OF MATTHEW STRUGAR
3435 Wilshire Blvd. Suite 2910
Los Angeles, CA 90010
Telephone: (323) 696-2299
Email: matthew@matthewstrugar.com

Attorney for Plaintiff
JOSEPH P. CUVIELLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, CLAUDIA QUINTANA, M. CUTNICK, M. KOUTNICK, and S. BOTTOMLY<br><br>    Defendants. | Case No. 2:16-cv-02584-KJM-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br><br>**Hon. Kimberly J. Mueller** |

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE
*Cuviello v. Vallejo, et al.* Case No. 2:16-cv-02584-KJM-KJN

**IT IS HEREBY STIPULATED** by the parties hereto, though their respective undersigned counsel, that pursuant to the settlement between the parties in this matter, the above-captioned action be dismissed with prejudice in its entirety as to all claims and causes of action, with all parties to bear their own costs and attorneys' fees.

Dated:  April 8, 2021  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Richard W. Osman*
 Richard W. Osman
 Sheila D. Crawford
 Attorneys for Defendants
 CITY OF VALLEJO & MICHAEL KOUTNICK

Dated:  April 8, 2021  LAW OFFICE OF MATTHEW STRUGAR

By:  */s/ Matthew Strugar*
 Matthew Strugar
 Attorney for Plaintiff
 JOSEPH P. CUVIELLO

### ELECTRONIC CASE FILING ATTESTATION

I, Richard W. Osman, hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: April 8, 2021  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

*/s/ Richard Osman*_____
Richard W. Osman

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED.** This matter is dismissed with prejudice with all parties to bear their own costs and attorneys' fees.

Dated: _____     _____
                                                         HON. KIMBERLY MUELLER
                                                         UNITED STATES DISTRICT COURT JUDGE